# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### Hon. Lynn Adelman, presiding

### <u>CHANGE OF PLEA MINUTES</u>

Date: 2/28/12

Case No.: 12 cr 42

United States v. Anthony Boldin

Dep. Clerk: J Deitrich

Ct. Reptr.: Sheryl

Time Called: 11:04

Time Concluded: 11:11

United States by: Gordon Giampietro

Probation Officer: Stephanie Mett

Interpreter: _____ ☐ Sworn

Deft. <u>Anthony Boldin</u> in person, and by Attorney Patrick Knight

---

✓ Plea agreement filed

✓ Information filed

✓ Waiver of indictment filed

Defendant pleads <u>guilty</u> to Count(s) <u>1 & 2</u> of the  Indictment

(Information)

✓ Adjudged guilty

✓ Presentence report ordered

Sentencing date set for 2:00 a.m. /p.m. 6/7/12

___ Defendant remanded to custody of U.S. Marshal

✓ Bond ~~continued~~ / set — PR

✓ with conditions as follows: surrender passport to clerk of court, travel limited to ED. Wis.